UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | |
| v. | : | Criminal No. 3:08CR 90 (JCH) |
| | : | |
| JOHN N. MILNE | : | April 4, 2018 |

## **GOVERNMENT'S SUR-REPLY ON DEFENDANT'S VIOLATIONS**

This Memorandum is submitted to aid the Court in determining an appropriate sentence for defendant Milne's violations of his conditions of supervised release and his repeated and continued failure to comply with the conditions of his supervised release. *See* Violation Report at 3; 18 U.S.C. § 3583(h).

Defendant Milne pled guilty on October 13, 2009 to one count of conspiracy to falsify the books and records of United Rentals while serving as President and Chief Financial Officer. On March 11, 2010, the Court (Burns, J.) sentenced him to 27 months in prison followed by three years of supervised release. As part of his sentence, the Court ordered the defendant to make disgorgement of $6,250,000 payable to the SEC in lieu of restitution as follows: $1,000,000, which was paid prior to the sentencing, and the remaining $5,250,000 to be paid as a special condition of his supervised release. (*See* Judgment, Doc. No. 89; Plea Agreement at 2; PSR Second Addendum at 4). In the eight (8) years since his sentencing, Milne has earned millions of dollars of fees, liquidated millions of dollars of assets (*e.g.,* his Connecticut home and other assets) yet paid a mere $500,000 of additional disgorgement. Meanwhile, in 2013 for example, Milne listed monthly expenses of over $99,000 per month. (Doc. No. 94). Similarly, earlier this year he listed his total monthly cash expenses as $46,147 per month, yet over $4,750,000 of

1

disgorgement -- now past due – remained and remains unpaid.

Milne now seeks to negotiate with the Court and offers some sort of loan construct (notably of only $1.25 million of the more than $4.75 million due) together with a companion assertion (or proclamation) that if the Court were to deign to incarcerate him, he would pay nothing. This entire exercise is a waste of the Court's time. To even entertain such an offer simply makes no sense, neither logically nor legally, nor within the parameters of 18 U.S.C. § 3583 *et. seq*. or U.S.S.G. Ch. 7.

Simply put, the defendant has violated his conditions of supervised release. He is now before the Court for sentencing on those violations. He is not before the Court to offer an opening bid, nor for an offer of settle and compromise, nor is this an opportunity for him and his team of lawyers to opine as to how he might, eight years later, begin the effort to endeavor to comply with his Court ordered obligations. Since the violation hearing before the Honorable Ellen Bree Burns over five years ago, he has done nothing to cure or ameliorate his violations. Furthermore, the defendant's January 5, 2018 representation to this Court regarding a $1 million payment that would purportedly be available for disgorgement should a deal occur, having now been replaced by a new and revised offer to the Court, speaks most significantly to his disingenuousness with the Court, his poor character, and the need for specific deterrence all within the purview of 18 U. S.C. § 3553(a).

Accordingly, for the reasons set forth in the government's December 18, 2017 filing, those stated in open court, and those set forth above, the Government asserts that 2-year term of incarceration followed by a 1-year term of supervised release is now appropriate.

Respectfully submitted,

JOHN H. DURHAM
UNITED STATES ATTORNEY

/s/

MICHAEL S. MCGARRY
ASSISTANT U.S. ATTORNEY
Federal Bar No. CT25713
157 Church Street, 25th Floor
New Haven, CT 06510
Tel.: (203) 821-3700
Michael.McGarry@usdoj.gov

**CERTIFICATION**

I hereby certify that on April 4, 2018 the foregoing was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing.  Parties may access this filing through the Court's system.

    /s/
MICHAEL S. MCGARRY
ASSISTANT UNITED STATES ATTORNEY