UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

                                              3:08CR90(JCH)

v.

                                              December 11, 2018

JOHN MILNE

## MOTION FOR RETURN OF PASSPORT

Counsel for the defendant in the above captioned matter hereby moves this court to permit counsel to return the defendant's passport to him. In support of the motion, counsel submits the following:

1. The defendant, as part of his conditions of release while his supervised release violation matter was pending, was ordered to surrender his passport to undersigned counsel until the matter was resolved.
2. The defendant was subsequently found in violation of his supervised release and was sentenced to a term of imprisonment of two years, with no additional supervised release to follow.
3. The defendant is currently incarcerated, but needs his passport to address his immigration status.

For the foregoing reasons, counsel requests the Court grant this motion to permit counsel to return the defendant's passport to him or his designee.

                                           Respectfully Submitted
                                           The Defendant

                                           /s/ Justin T. Smith
                                           Justin T. Smith
                                           Duffy Law, LLC
                                           129 Church Street, Suite 310
                                           New Haven, CT 06510
                                           (203) 946-2000
                                           justin@duffylawct.com
                                           Fed. Bar No. CT25146

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e- mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

      /s/ Justin T. Smith
Justin T. Smith
Fed. Bar No. CT25146